Thomas J. WHITEHEAD, Appellant,

v.

C. Enard ERICKSON, United States Marshal, et al.

No. 16193.

United States Court of Appeals
Eighth Circuit.

June 9, 1959.

William E. Crowder, Minneapolis, Minn., for appellant.

Fallon Kelly, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on suggestion of death of appellant.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

NEBRASKA BAG COMPANY et al.

No. 16201.

United States Court of Appeals
Eighth Circuit.

June 10, 1959.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Levin & Gitnick, Omaha, Neb., for respondent.

PER CURIAM.

Consideration of petition for enforcement dispensed with and withdrawal of certified record granted, without prejudice, etc., on motion of petitioner.

TRANS WORLD AIRLINES, INC., Appellant,

v.

AIR LINE PILOTS ASSOCIATION INTERNATIONAL, etc., et al.

No. 16219.

United States Court of Appeals
Eighth Circuit.

June 17, 1959.

Harold L. Warner, Jr., New York City, Harry L. West and Dick H. Woods, Kansas City, Mo., for appellant.

Henry Weiss, New York City, and Roy K. Dietrich, Kansas City, Mo., for appellees.

Appeal from District Court dismissed at costs of appellant, on motion of appellant and consent of appellees.

GRAIN DEALERS MUTUAL INSURANCE COMPANY et al., Appellants,

v.

COCA-COLA BOTTLING COMPANY OF SEDALIA, MISSOURI, INC., a Corporation.

No. 16257.

United States Court of Appeals
Eighth Circuit.

June 17, 1959.

H. J. Toner, Kansas City, Mo., for appellants.

W. H. Martin, Boonville, Mo., and John T. Martin, Sedalia, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution at costs of appellants, on motion of appellee.